**Order entered August 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00348-CV

### JOHN VANN, Appellant

### V.

### LEVEL FOUR GROUP, LLC, LEVEL FOUR ADVISORY SERVICES, LLC, AND CARR, RIGGS & INGRAM, LLC, Appellees

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-02965-2018**

## ORDER

The reporter's record in this appeal is past due. By postcard dated July 9, 2019, we notified Destiny M. Moses, Official Court Reporter for the 416th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, Ms. Moses has failed to comply with the Court's order.

Accordingly, we **ORDER** Destiny M. Moses to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant is not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification he has not requested the reporter's record or has been found not*

*entitled to proceed without payment of costs and has not paid for or made arrangements to pay*

*for the reporter's record, we will order the appeal submitted without the reporter's record.  See*

Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Andrea Thompson
Presiding Judge
416th Judicial District Court

Destiny M. Moses
Official Court Reporter
416th Judicial District Court

All parties

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE